## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

CYNTHIA BROZMAN,

              Petitioner

       v.

WORKERS' COMPENSATION APPEAL
BOARD (COMMONWEALTH OF
PENNSYLVANIA),

              Respondent

: No. 747 MAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.